IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| PATRICK GARRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:17-cv-208-SEB-TAB |
| | ) |
| CARRINGTON MORTGAGE SERVICES, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO EXTEND CASE MANAGEMENT DEADLINES

Plaintiff, by counsel, in support of his motion state the following:

1. Discovery related to liability issues deadline is currently November 20, 2017, and the summary judgment deadline is currently January 26, 2018.

2. Plaintiff submitted discovery requests to Defendant - Interrogatories and Request for Production of Documents on April 11, 2017.

3. Defendant responded to Plaintiff's discovery requests on June 28, 2017.

4. Plaintiff notified Defendant that several of Defendant's responses were deficient on September 11, 2017.

5. Plaintiff served a second set of Requests for Production of Documents on September 26, 2017.

6. The parties have resolved several issues regarding discovery and are diligently working on resolving the remaining issues.

7. Once the discovery issues are resolved Plaintiff will take the deposition of Defendant's decision maker.

8. The above will not be completed by November 20, 2017.

9.  Plaintiff will need an additional thirty (30) days to complete discovery.

10.  Defendant has no objection to extending the discovery deadline for purposes of Plaintiff taking necessary depositions and resolving the existing discovery disputes.

WHEREFORE, Plaintiff respectfully requests the Court extend the discovery deadline from November 20, 2017, to December 20, 2017, and the summary judgment deadline from January 26, 2018, to February 26, 2018, and for all other proper relief.

        Respectfully submitted,
        **STOWERS & WEDDLE P.C.**

        s/Gregory A. Stowers
        GREGORY A. STOWERS, 13784-49
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to to Nathan A. Baker, Jackie S. Gessner, BARNES & THORNBURG LLP, 11 South Meridian Street, Indianapolis, IN 46204   via First Class, U.S. Mail, this 14th   day of November, 2017.

        s/Gregory A. Stowers
        Gregory A. Stowers, #13784-49

Gregory A. Stowers, #13784-49
**STOWERS & WEDDLE P.C.**
626 N. Illinois Street
Suite 201
Indianapolis, IN  46204