**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS, INDIANA**

| | | |
|---|---|---|
| **PATRICK GARRETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 1:17-cv-208-SEB-TAB** |
| | ) | |
| **CARRINGTON MORTGAGE** | ) | |
| **SERVICES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER ON MOTION TO EXTEND CASE MANAGEMENT DEADLINES**

Plaintiff having filed a Motion to Extend Case Management Deadlines and the Court having

considered the same, said Motion is now GRANTED and the discovery deadline is now set for

December 20, 2017, and the summary judgment deadline is set for February 26, 2018.

Date:_____

_____
Judge, United States District Court

Distribution to:

Gregory A. Stowers
STOWERS & WEDDLE P.C.

Jackie S. Gessner
Nathan A. Baker
BARNES & THORNBURG LLP