IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| PATRICK GARRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:17-cv-208-SEB-TAB |
| | ) |
| CARRINGTON MORTGAGE SERVICES, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S STATEMENT OF CLAIMS

Plaintiff Patrick Garrett, by counsel, pursuant to court order of the Court's case management plan submits the following statement of claims for which it carries the burden of proof.

1. Plaintiff intends to prove that he was discriminated against due to his race in violation of 42 U.S.C. § 1981 and Title VII 42 U.S.C. § 2000 et al.

2. Plaintiff intends to prove he was discriminated against due to his gender all in violation of Title VII 42 U.S.C. § 2000e.

3. Plaintiff intends to prove that he was retaliated against for engaging in protected activity in violation of 42 U.S.C. § 1981 and Title VII 42 U.S.C. § 2000 et al.

4. Plaintiff also intends to prove he is entitled to lost wages, compensatory damages, punitive damages and attorney fees as a result of Defendant's violations.

Respectfully submitted,

s/Gregory A. Stowers
Gregory A. Stowers

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to Jackie S. Gessner, BARNES & THORNBURG LLP, 11 S. Meridian Street, Indianapolis, IN  46204 via electronic filing, this   15th     day of February, 2018.

                                                                             s/Gregory A. Stowers
                                                                         Gregory A. Stowers, #13784-49

Gregory A. Stowers, #13784-49
**STOWERS & WEDDLE P.C.**
626 N. Illinois Street
Suite 201
Indianapolis, IN  46204